# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Brenton Alan Johnson

          **CIVIL NUMBER: 3:23-CV-00074-WPK**

Plaintiff(s),

v.          **JUDGMENT IN A CIVIL CASE**

Commissioner of Social Security

Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Motion to Remand is granted and the case is remanded to the Commissioner for further proceedings. Judgment entered in favor of Plaintiff against Defendant.

Date: June 24, 2024

CLERK, U.S. DISTRICT COURT

_____

By: Rachel L. Soderstrum